# EXHIBIT 1

Case 8:20-cv-02469-PWG   Document 1-2   Filed 08/26/20   Page 1 of 4

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| MONICA GAREY | : |
|     Plaintiff | : |
| v. | : CASE NO.: CAL20-12433 |
| NAVY FEDERAL CREDIT UNION, ET AL. | : |
|     Defendant | : |

## NOTICE OF CONSENT TO REMOVAL TO FEDERAL COURT

Navy Federal Credit Union, by and through counsel, consents to the Notice of Truist Bank to remove this matter to the United States District Court for the District of Maryland.

Respectfully submitted,

THE LAW OFFICES
OF RONALD S. CANTER, LLC

_/s/ Ronald S. Canter_
Ronald S. Canter, Esquire
200A Monroe St., Suite 104
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
rcanter@roncanterllc.com (email)
*Attorney for Defendant Navy Federal Credit Union*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONICA GAREY, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: |
| NAVY FEDERAL CREDIT UNION, TRUIST BANK, DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED, COLLECTO INC., SOUTHWEST CREDIT SYSTEMS, L.P. and I C SYSTEM, INC. | * * * | (Removed from Circuit Court for Prince George's County, CAL20-12433) |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * *

## COLLECTO INC.'S
## CONSENT TO REMOVAL

Collecto Inc. consents to the Notice of Truist Bank to remove this matter to the United States District Court for the District of Maryland.

Dates: August 25, 2020

COLLECTO INC.

By: _____
Peter Garland
Senior Litigation Manager
Collecto Inc.
700 Longwater Drive
Norwell, Massachusettsollecto 02061-1674

115175\000008\4816-8200-4681.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONICA GAREY, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: |
| | | (Removed from Circuit Court for Prince George's County, CAL20-12433) |
| NAVY FEDERAL CREDIT UNION, TRUIST BANK, DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED, COLLECTO INC., SOUTHWEST CREDIT SYSTEMS, L.P. and I C SYSTEM, INC. | * * * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * *

## DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED'S
## CONSENT TO REMOVAL

Diversified Adjustment Service, Incorporated consents to the Notice of Truist Bank to remove this matter to the United States District Court for the District of Maryland.

Dates: August 25, 2020

DIVERSIFIED ADJUSTMENT
SERVICE, INCORPORATED

By: _____
Peter M. Jirik
General Counsel & Director of Compliance
Diversified Adjustment Service, Incorporated
600 Coon Rapids Blvd
Minneapolis, Minnesota 55433

115175\000008\4837-1086-8169.v1