## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Monica Garey**                          *

Plaintiff,                                *

                                          *      Case No. **20-2469** _____

v.                                        *

Navy Federal Credit Union et al          *

Defendant.                                *

### DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with **Navy Federal Credit Union** :
(name of party)

Navy Federal Credit Union holds a 100% interest in Navy Federal Financial Group, LLC
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                        (state of citizenship)

_____          _____
(name of member)                                        (state of citizenship)

_____          _____
(name of member)                                        (state of citizenship)

_____          _____
(name of member)                                        (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

8/27/2020                                          /s/ Ronald S. Canter
_____          _____
Date                                               Signature

                                                   **Ronald S. Canter #01024**
                                                   _____
                                                   Printed name and bar number

                                                   200 A Monroe Street Suite 104 Rockville MD 20850
                                                   _____
                                                   Address

                                                   **rcanter@roncanterllc.com**
                                                   _____
                                                   Email address

                                                   **301-424-7490**
                                                   _____
                                                   Telephone number

                                                   **301-424-7470**
                                                   _____
                                                   Fax number